```
UNITED STATES DISTRICT COURT
    MIDDLE DISTRICT OF FLORIDA
       FORT MYERS DIVISION
```

SHAWN MICHAEL BERRY,

    Plaintiff,

v.                      Case No: 2:25-cv-299-JES-NPM

OFFICER TAYLOR SMITH,
Official Capacity, and CITY
OF PUNTA GORDA, Official
Capacity,

    Defendants.

_____

**ORDER**

    This matter comes before the Court on review of the file. Defendants previously filed a Motion to Dismiss (Doc. #13) Plaintiff's original complaint (Doc. #1.) Plaintiff has since filed an Amended Complaint (Doc. #14.) Thus, the original complaint (Doc. #1) is of no legal effect, and the pending motion to dismiss (Doc. #13) is **MOOT**.

    Accordingly, it is now

**ORDERED**:

    Defendants' Motion to Dismiss (Doc. #13) is **DENIED** as **MOOT**.

    **DONE AND ORDERED** at Fort Myers, Florida, this <u>12th</u> day of June 2025.

                                        _____
                                        JOHN E. STEELE
                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies: Parties of record